**FILED**

02/16/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0095

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 23-0095

_____

ROBERT L. ROSE,

      Petitioner,

      v.

JAMES SALMONSEN, Warden,
Montana State Prison,

      Respondent.

O R D E R

_____

Representing himself, Robert L. Rose has filed a Petition for Writ of Habeas Corpus, alleging that his 2002 consecutive sentence as a Persistent Felony Offender is illegal under *State v. Gunderson*, 2010 MT 166, 357 Mont. 142, 237 P.3d 74. Upon review, we deem it appropriate to require a response to his Petition. Therefore,

IT IS ORDERED that that the Attorney General or counsel for the Department of Corrections is GRANTED thirty days from the date of this Order in which to prepare, file, and serve a written response together with appropriate documentary exhibits.

The Clerk is directed to provide a copy of this Order to counsel of record and to Robert L. Rose personally.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
February 16 2023